UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BRIAN C. BAKER, )
        Plaintiff, )
         ) **JUDGMENT IN A CIVIL CASE**
   v. ) **CASE NO. 5:13-CV-92-F**
         )
BANK OF AMERICA, N.A., US BANK )
NATIONAL ASSOCIATION and SPECIALIZED )
LOAN SERVICING, LLC, )
        Defendants. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Defendants' motion to dismiss is ALLOWED and the complaint is hereby DISMISSED. Count three, Baker's claim for breach of the covenant of good faith and fair dealing, is DISMISSED without prejudice to file in state court. Counts one and two are DISMISSED with prejudice. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on January 27, 2014, and Copies To:**

Michelle Merck Walker (via CM/ECF Notice of Electronic Filing)
James C. White (via CM/ECF Notice of Electronic Filing)
D. Kyle Deak (via CM/ECF Notice of Electronic Filing)


DATE                                            JULIE A. RICHARDS, CLERK
January 27, 2014                     /s/ Susan K. Edwards
                                               (By) Susan K. Edwards, Deputy Clerk